NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3055

JENNIFER C. BYNUM,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DC0752090322-I-1.

ON MOTION

## ORDER

The United States Postal Service moves for a 21-day extension of time, until March 18, 2010, to file its brief. USPS states that Jennifer C. Bynum opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Jennifer C. Bynum
    Kenneth S. Kessler, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 3 2010

JAN HORBALY
CLERK